IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  01-rj-00028-KLM

STUDENT LOAN MARKETING ASSOCIATION

    Plaintiff,

v.

CHERYL L. RODEBAUGH,
a/k/a CHERYL L. RODENBAUGH,
a/k/a CHERYL L. RODENBAUGH-GONZALES,
a/k/a CHERYL L. GONZALES,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Motion to Amend Caption** filed by the United States of America [Docket No. 3; Filed January 25, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk of the Court shall amend the caption to substitute the United States of America as Plaintiff, in place of Student Loan Marketing Association.

    Dated:  January 27, 2010